IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE CORTEZ HART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 3:12cv182-TMH |
| | )              (WO) |
| TALLAPOOSA COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On March 20, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 9). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's claim regarding use of a racial slur and his claims against Tallapoosa County Jail be and are hereby DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Chance Hunt and the Tallapoosa County Jail be and are hereby DISMISSED as defendants in this cause of action; and

4. This case, with respect to the plaintiff's claims against Lt. Christopher Nails and Blake Jennings challenging conditions of confinement at the Tallapoosa County Jail, be

and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 13th day of April, 2012.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE