IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE CORTEZ HART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO.  3:12cv182-TMH |
| | )                (WO) |
| CHRISTOPHER NAILS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On June 15, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 14).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to prosecute this action and his failure to comply with the orders of the court.

Done this the 17th day of July, 2012.

                                       /s/ Truman M. Hobbs
                                     TRUMAN M. HOBBS
                                     SENIOR UNITED STATES DISTRICT JUDGE